

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 22−50228
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Power Home Solar, LLC
     dba Pink Energy
  919 N Main St
  Mooresville, NC 28115
  Social Security No.:
  Debtor EIN:
  30−0839854

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 206 – Non−Individual Summary of Schedules
   Schedule A/B – List Property post 12−1
   Statement of Financial Affairs
   Fee Disclosure Statement
   Disclosure of Corporate Ownership Statement
   Corporate – Partnership Resolution

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: October 11, 2022                              Steven T. Salata
                                                     Clerk of Court

Electronically filed and signed (10/11/22)